1  DYLAN B. CARP (State Bar No. 196846)
   SCOTT P. JANG (State Bar No. 260191)
2  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
3  San Francisco, California 94111
   Telephone:    415.394.9400
4  Facsimile:    415.394.9401
   E-mail:       carpd@jacksonlewis.com
5                scott.jang@jacksonlewis.com

6  Attorneys for Defendants
   INDEPENDENT BREWERS UNITED CORP.
7  and NORTH AMERICAN BREWERIES, INC.

8  SPENCER C. YOUNG (State Bar No. 236593)
   LAW OFFICES OF SPENCER C. YOUNG
9  1300 Clay Street, Suite 600
   Oakland, California 94612
10 Telephone:    510.645.1585
   Facsimile:    510.645.1586
11 E-mail:       spencer@spenceryounglaw.com

12 Attorney for Plaintiff
   DAVID TAPIA
13

14                         UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16

17 | DAVID TAPIA,                              | Case No. C 15-01133-LB                       |
   |------------------------------------------|---------------------------------------------|
18 |            Plaintiff,                     | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
19 |     v.                                    | ORDER                                       |
20 | INDEPENDENT BREWERS UNITD                 | Date:   December 10, 2015                   |
   | CORPORATION and NORTH AMERICAN           | Time:   11 a.m.                             |
21 | BREWERIES, INC. and DOES 1-20, inclusive, | Place:  Courtroom C                         |
22 |                                           |         San Francisco Courthouse            |
   |                                           |         15th Floor                          |
23 |            Defendants.                    |                                             |

24

25

26

27

28

                                          1
   JOINT CASE MANAGEMENT CONFERENCE STATEMENT                         Case No. CV-15-01133-LB

1   The parties submit this Joint Case Management Conference Statement.

2   The parties anticipate that within 28 days they will file a stipulation for dismissal. Accordingly, the parties jointly request the Case Management Conference be continued by 35 days until January 14, 2016 or as soon thereafter as the Court is available.

Dated: November 30, 2015               JACKSON LEWIS P.C.

                                       By:   s/Dylan B. Carp[1]
                                             Dylan B. Carp
                                             Scott P. Jang
                                             Attorneys for Defendants
                                             INDEPENDENT BREWERS
                                             UNITED CORP. and NORTH
                                             AMERICAN BREWERIES, INC.

Dated: November 30, 2015               LAW OFFICES OF SPENCER C. YOUNG

                                       By:   s/Spencer C. Young
                                             Spencer C. Young
                                             Attorney for Plaintiff
                                             DAVID TAPIA

```
Case Management Conference reset for January 21, 2016 at 11:00 a.m.  A Joint
Updated Case Management Statement due by January 14, 2016.
Dated: December 2, 2015
```

APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] Pursuant to Civil Local Rule 5-1(i), the ECF-filing party attests that concurrence in the filing of this document has been obtained from each of the signatories.

2

JOINT CASE MANAGEMENT CONFERENCE STATEMENT                    Case No. CV-15-01133-LB