UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DAVID TAPIA, | No. 3:15-cv-01133-LB |
| Plaintiff, | **ORDER** |
| v. | |
| INDEPENDENT BREWERS UNITED CORPORATION, et al., | |
| Defendants. | |

The plaintiff filed a notice of voluntary dismissal with prejudice. (*See* ECF No. 25.[1]) Because the defendant answered, the mechanism for a dismissal without a court order is a stipulated dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) & (2). That said, given the parties' joint representation that they settled the case (*see* ECF No. 23), the court orders the dismissal without prejudice. If any party certifies to the court within **90** days (with proof of service on opposing counsel) that the agreed consideration has not been delivered, then this order will stand vacated, and this case will be restored to the calendar to be set for trial. If no certification is filed, then after 90 days, the dismissal will be with prejudice.

**IT IS SO ORDERED**.

Dated: December 15, 2015

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] Citations are to the Electronic Case File ("ECF"); pin cites are to the ECF-generated page numbers at the tops of the documents.

ORDER
No. 3:15-cv-01133-LB